UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ANGEL SANTOS,

                    Plaintiff,

        v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

                    Defendants.

No.  2:25-cv-01988-DAD-CKD (PC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS AND DENYING
PLAINTIFF'S MOTION FOR INJUNCTIVE
RELIEF

(Doc. Nos. 3, 7)

Plaintiff Jose Angel Santos is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 3, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for injunctive relief (Doc. No. 3) be denied.  (Doc. No. 7.)  Specifically, the magistrate judge concluded that plaintiff's motion was premature because the court did not at that time have jurisdiction over any defendant, plaintiff had failed to show he was likely to suffer irreparable harm in the absence of an injunction and plaintiff had not made a showing of his likelihood of success on the merits of his claim(s).  (*Id.* at 5.)

/////

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on December 3, 2025 (Doc. No. 7) are adopted in full;

2.    Plaintiff's motion for injunctive relief (Doc. No. 3) is denied; and

3.    This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **March 12, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2