UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ANGEL SANTOS,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

No. 2:25-cv-1988-DAD-CKD P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT FURTHER LEAVE TO AMEND

(Doc. No. 12)

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on July 16, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 25, 2026, the assigned magistrate judge issued filed findings and recommendations recommending that this action be without further leave to amend due to plaintiff's failure to state a cognizable claim. (Doc. No. 12.) In addition, the magistrate judge concluded that the granting of further leave to amend would be futile because plaintiff had been provided with such an opportunity and had failed to correct the pleading deficiencies previously noted by the court. (*Id.* at 4.)

The recommendations recommending were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. (*Id.* at 5.) Plaintiff has not filed

objections to the findings and recommendations and the time in which to do so has long since passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The March 25, 2026 findings and recommendations (Doc. No. 12), are adopted in full;
2. Plaintiff's first amended complaint is dismissed without further leave to amend for failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 5, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE